JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILDPACK HOLDINGS US, INC., | CV 25-8562 PA (MARx) |
| Plaintiff, | JUDGMENT |
| v. | |
| JONES SODA CO., | |
| Defendant. | |

Pursuant to the Court's October 27, 2025 Minute Order granting the Motion to Dismiss for lack of personal jurisdiction and improper venue filed by defendant Jones Soda Co.,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: October 27, 2025

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE